UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Imamura et al<br>　　Plaintiff<br><br>　　　V.<br><br>General Electric Company et al<br>　　Defendant | CIVIL ACTION<br><br>NO. 1:17-cv-12278-PBS |

### ORDER OF DISMISSAL

SARIS, CJ.

In accordance with Court's Order dated <u>April 8, 2019</u>, granting defendant's motion to dismiss ( Docket No. 38) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

　　　　　　　　　　　　　　　　　　　　By the Court,

4/9/2019　　　　　　　　　　　　　　　/s/ Miguel A. Lara
　Date　　　　　　　　　　　　　　　　Deputy Clerk